United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert W. Claypole  
    Debtor

Case No. 23-12783-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 17, 2024      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Claypole, 120 Ivy Mills Rd, Glen Mills, PA 19342-1467 |
| 14827436 | + | Commonwealth of Pennsylvania,, Department of Revenue,, Christopher R. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14815144 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14817810 | | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd Roswell, GA 30076 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 00:08:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14815139 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 18 2024 00:08:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14815140 | | Email/Text: ECF@fayservicing.com | Jan 18 2024 00:08:00 | Fay Servicing, PO Box 111209, Nashville, TN 37222 |
| 14815141 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2024 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14815142 | | Email/Text: amps@manleydeas.com | Jan 18 2024 00:08:00 | Manley Deas, Attn: Katherine Wolf, Esq., P.O. Box 165028, Columbus, OH 43216 |
| 14815143 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:08:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 14816274 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14815145 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:16 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd. #247, Buffalo, NY 14219-2553 |
| 14815146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:24:13 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14815147 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 18 2024 00:08:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 14817141 | ^ | MEBN | Jan 18 2024 00:07:57 | U.S. Bank Trust National Association, as trustee, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| 14815148 | + | Email/Text: karen.brown@treasury.gov | Jan 18 2024 00:08:00 | C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541<br>U.S. Department of the Treasury (Fax Onl, Attn: Bankruptcy, 1500 Pennsylvania Avenue, Nw, Washington, DC 20220-0002 |
| 14815149 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 18 2024 00:08:00 | US Bank National Association, Attn: Bankruptcy Dept., 4801 Frederica Street, Owensboro, KY 42301-7441 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Robert W. Claypole msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT W. CLAYPOLE | Chapter 13 |
| Debtor | Bankruptcy No. 23-12783-AMC |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: Jan. 17, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge